Questions presented in the motion of accused for a new trial cannot be reviewed, where there are no bills of exception in the record or statement of facts accompanying it.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2939, 2946–2948; Dec. Dig. § 1124.*]

2. CRIMINAL LAW (§ 1122*)—APPEAL—REQUEST TO CHARGE—REFUSAL—REVIEW.

Refusal of requests to charge cannot be reviewed, where the evidence introduced at the trial is not brought up.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2940–2945; Dec. Dig. § 1122.*]

Appeal from Criminal District Court, Dallas County; Robert B. Seay, Judge.

Daniel McCaulay was convicted of aggravated assault, and he appeals.   Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J.   Appellant was convicted of aggravated assault, and his punishment assessed at a fine of $250 and 60 days' imprisonment in the county jail.

[1] There are no bills of exception in the record to the admissibility or rejection of any testimony.   Neither does any statement of facts accompany the record.   Consequently, no question is presented in the motion for new trial we can review.

[2] A number of special charges were requested, but without the evidence before us we cannot say whether or not they should have been given.

The judgment is affirmed.

SEATS v. STATE.   (No. 3317.)

(Court of Criminal Appeals of Texas.   Nov. 11, 1914.)

1. CRIMINAL LAW (§ 1056*)—APPEAL—RESERVATION OF GROUNDS OF REVIEW—EXCEPTIONS.

Errors in the charge cannot be reviewed on appeal in a criminal case, where no exception was reserved to the charge before it was read to the jury, or at all.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2668, 2670; Dec. Dig. § 1056.*]

2. CRIMINAL LAW (§§ 1121, 1122*)—APPEAL—RECORD—MATTERS PRESENTED FOR REVIEW.

The sufficiency of the evidence to sustain a conviction and the refusal to give instructions cannot be reviewed, where the evidence is not in the record on appeal.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2938, 2939, 2940–2945; Dec. Dig. §§ 1121, 1122.*]

Appeal from Criminal District Court, Dallas County; R. B. Seay, Judge.

Jim Seats was convicted of assault to murder, and he appeals.   Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, J.   This is a conviction for assault to murder; the punishment being assessed at two years' imprisonment in the penitentiary.

The record is before us without a bill of exceptions or a statement of facts.

[1, 2] The motion for new trial is based upon the insufficiency of the evidence, and refusal to give certain instructions, and errors in the charge.   There was no exception reserved to the charge before it was read to the jury, and, in fact, no exception was reserved.   The evidence not being before us, the other matters cannot be considered.

The judgment is affirmed.